**5/21/2015**                                                                    **COA No. 02-13-00248-CR**
**Camp, Charles**              **Tr. Ct. No. 1324668R**                  **PD-0080-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *